**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000660
18-MAR-2022
08:26 AM
Dkt. 16 OGMD**

NO. CAAP-21-0000660

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
HUNTER PARKER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-21-01370)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of Defendant-Appellant Hunter Parker's (Parker) February 15, 2022 Motion to Withdraw Appeal, the papers in support, and the record, it appears that (1) Parker seeks to dismiss this docketed appeal; (2) attached to the motion is Parker's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c); and (3) dismissal is authorized by HRAP Rule 42(b) and (c). Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 18, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge